**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1722**

———————

THADDEUS D. WILLIAMS,

                                    Plaintiff - Appellant,

        versus

UNITED PARCEL SERVICE, INCORPORATED,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-01-579)

———————

Submitted:  December 16, 2002        Decided:  December 19, 2002

———————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thaddeus D. Williams, Appellant Pro Se.  James Phillip Naughton, Sara Lynne Berg, HUNTON & WILLIAMS, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thaddeus D. Williams appeals the district court's order granting summary judgment in favor of United Parcel Service, Inc. on his claims arising under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2002). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court, as stated from the bench. See Williams v. United Parcel Serv., Inc., No. CA-01-579 (E.D. Va. June 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED